# EXHIBIT A

## EXHIBIT A: ONLINE COMPLAINTS REGARDING THE BRAKE DEFECT

1.      There are dozens of pages of complaints on FerrariChat concerning the Brake Defect, for illustrative purposes, some of the messages and conversations are included herein. On July 16, 2015, a FerrariChat user initiated a conversation titled "Intermittent Brake failure on 458", several of the relevant messages are included below:[1]

Date:                       July 16, 2015
Page Number:         1
Message Number:    1
Message Contents:

I had driven my 458 for 30 minutes and the car was working perfectly . I came to a 90 degree turn, I was not traveling quickly but had to move my foot from gas to brake quickly. The pedal stopped at its usual pedal height , but had little feel ( hard ) and there was zero stopping power in the brakes and the car just kept traveling at its same speed. Totally terrifying !!

Have others experienced this on the 458 before .

What do people think it is ?

Is it brake booster valve failure triggered by the smaller amount of time taken to go from gas to brake ? That would suggest one would have problems if you were in an emergency stop situation.

I am confused but hope others have solved this problem.

─────────────────────────

Date:                       July 20, 2015
Page Number:         1
Message Number:    6
Message Contents:

This happened to me with a 458 rental a few years ago and nearly went through an intersection.

Some people were saying the brakes need to be heated but the pedal felt super stiff like the assist wasn't working.

─────────────────────────

[1]      *See      Intermittent      Brake      failure      on      458      FerrariChat* https://www.ferrarichat.com/forum/threads/intermittent-brake-failure-on-458.493926/.

Date:              July 21, 2015
Page Number:       1
Message Number:    15
Message Contents:

I have spoken to a number of 458 owners who this has happened to. Basically, the brakes work normally 99% of the time, but for no apparent reason , the brakes sometimes just lose their power when applied. The pedal stops in its normal place, but the brakes create almost no retardation of the vehicle and because there is little power the ABS is not actuated because you can't lock the brakes no matter how hard you press the pedal.

I have read several times that people think and sometimes they even say Ferrari have stated that it is the failure of the Brake Booster Valves. Is it possible to check for that , bearing in mind the fault is intermittent ? Is that a mechanical or electrical problem. Are those valves controlled by the ECU or by vacuum pressure from the engine ? If you plug in a diagnostic machine, will it show you that there have been problems ?

Thanks for all your replies.

Date:              July 21, 2015
Page Number:       1
Message Number:    16
Message Contents:

Very good description, eberro.
Your expectation of the vacuum check valve matches perfectly.

Drivers feel ABS pulsing through the pedal. If it's just a hard, firm pedal, with no pulsation, and you've just gotten off the accelerator, it indicates the vacuum check valve on the brake booster may be faulty. This is a mechanical device which will be located on the brake booster with a vacuum line running to the engine.

Normally, the check valve makes sure your booster retains the highest vacuum level the engine has produced in recent times (which will happen when you let off the throttle and the engine produces a lot of vacuum behind the closed throttle plate). If it fails, your booster is exposed to whatever level of vacuum the engine is producing at the moment, (which will be less than under decel), and can be all over the map with electronic throttle pedals.

When the throttle pedal is released, it takes a moment for the vacuum the engine can once again provide to suck the booster down to a higher vacuum level again and restore normal brake pedal feel. Until that happens, while you have reduced vacuum assist, you have to push harder on the pedal. The mechanical brake system is still functioning, from pedal to master cylinder through the ABS module (which

2
**Exhibit A - Page 99**

is just sitting there because you're not braking the wheels hard enough to lock them), to the calipers & pads.

FMVSS 135 specifies minimum brake performance requirements with a failed booster, and expects the driver to push on the pedal with a force of 112 lb.

| | |
|---|---|
| Date: | July 21, 2015 |
| Page Number: | 1 |
| Message Number: | 18 |
| Message Contents: | |

This problem seems to be more common on the 458 than previously acknowledged.

| | |
|---|---|
| Date: | Oct. 27, 2017 |
| Page Number: | 2 |
| Message Number: | 44 |
| Message Contents: | |

I also experienced this same brake failure in my 458 about 1.5 years ago - cars had been driven for 1 hour so brakes fully up to temperature but when coming off a motorway slip road and up to a clear roundabout quite fast I suddenly found without warning a hard pedal and zero stopping power. I managed to drop down a couple of gears and luckily nothing was coming around the roundabout at the time. Was certainly scary as I also had my son in the car so I immediately sent my car back to Ferrari main dealer and they checked everything and road tested the car for 70 miles but found no faults whatsoever with the braking system but did replace the brake booster valve as a precautionary measure. I had no further issues whatsoever from then on for another 1.5 years.

I had read that this brake booster was a known problem but my Ferrari main dealer found no issues with the booster valve.

My car was sold a few weeks ago and I was obviously concerned to hear that the new owner reported a few weeks into his ownership that he suddenly had the same brake issue so it certainly appears to be a very rare/intermittent but obviously concerning issue - the car was still under Ferrari warranty so he was going to get them to check it out - my only worry is that after reading this post and from my own experience Ferrari may not find any fault!

After reading these posts and from my experience I personally think that it could be more of an ABS related issue as it felt the same as when braking hard on snow - hard pedal except in this case there is no ABS pulsing of the brake pedal whatsoever. Maybe its only occurring in a very rare circumstance whereby the ABS or sensors get confused and the ABS does not function as intended. Its all rather strange to hear that so many 458 owners have reported similar braking issues so it

certainly should be something that Ferrari needs to look into much deeper.

I can see there are now other reports of 458 brakes failing and people having been killed and the various engineers have reported no brake faults found just as this scenario had been predicted at the beginning of this post a few years back: -

https://www.thesun.co.uk/news/2049059/british-banker-jailed-for-mowing-down-and-killing-carpark-guard-with-his-400000-ferrari/
http://uk.reuters.com/article/uk-hongkong-banker-prison/ex-deutsche-banker-jailed-for-killing-security-guard-in-ferrari-crash-idUKKCN12P0AU
http://www.scmp.com/news/hong-kong/law-crime/article/2102488/appeal-granted-british-banker-jailed-over-ferrari-crash

Date:               Nov. 2, 2017
Page Number:        3
Message Number:     53
Message Contents:

This appears to be a disaster waiting to happen. The consequences of even one occurrence could be nothing short of catastrophic. Imagine having his happen in a school zone while children are crossing. The Ferrari driver would be stereotyped into the "hot rodder" who negligently killed innocent children. Lives could be lost and a lifetime of achievement could be lost or tied up in years of litigation. Am I wrong to assume that Ferrari has not stepped up?

Date:               Nov. 2, 2017
Page Number:        3
Message Number:     56
Message Contents:

I had the same problem on my 2012 458. Sometimes, albeit rarely, after driving the car normally I would come to apply the brakes and the pedal was hard, as if the brake booster was not functioning properly. It's scary as hell if you're coming off a freeway off ramp fast and the pedal is hard and the car doesn't slow down like it's supposed to. I took it to the dealer and they replaced the brake booster, actuator, and master cylinder. This is a problem Ferrari is very well aware of and it affects a lot of 458's out there. Be very careful.

Date:               Nov. 4, 2017
Page Number:        3
Message Number:     58
Message Contents:

Sorry but I don't think the ECU controls brake boost. I may be wrong but that seems dangerous to allow an electronics based system control the most important safety system (brakes) of the car. Even in formula 1 the brake by wire only controls the rear wheels, the front is still 100% mechanical.

Assuming that 80% of the stopping power of the car is the front brakes, even total rear brake failure wouldn't be as bad as the loss of stopping power that happens in this instance of booster failure.

I have the service receipts from Ferrari FYI detailing the parts replaced, again purely a booster issue and I there is also a Ferrari service bulletin regarding this.

---

Date:                Nov. 7, 2017
Page Number:         3
Message Number:      68
Message Contents:

It's not a matter of pumping the brakes, as if there was air in the system or something.

The brake pedal is nice and hard when the failure occurs. However there is no brake boost and stopping performance is severely hampered.

It's basically the difference between "power brakes" when they first introduced cars with brake boosters vs. cars with no brake boosters. Think 1940's master cylinder only cars vs cars in the 60's that had power brakes via the addition of the brake booster which provided boost via engine vacuum.

The best way to replicate the problem is drive down a hill with the engine off and hit the brakes and see how your 458 slows down with the engine off. That is the experience exactly, verbatim, to a tee. The brakes still work, the pedal is hard, but there is no power assist via the brake booster. So stopping performance is 30% of what it could be, a very dangerous predicament when you're not expecting it.

I never usually post ih this forum but I will actively educate people on this known 458 issue as it scared me enough times to dump the car. Even after they replaced $12K worth of parts I still got rid of it.

---

Date:                Nov. 13, 2017
Page Number:         3
Message Number:      75
Message Contents:

When it happened to me I was coming off a motorway junction up to a roundabout - the road had a smooth tarmac surface and the brakes were up to normal operating temperature and it was a warm dry day. I had been accelerating hard followed by me immediately applying the brakes very hard only to discover I had a rock hard brake pedal and what felt like no stopping power - very scary! As seems to be the common theme with owners who have encountered this problem Ferrari main agent found absolutely nothing wrong!

Date:            Nov. 14, 2017
Page Number:     4
Message Number:  91
Message Contents:

I have asked my Ferrari main dealer to notify the customer care manager at Ferrari North Europe of this issue so hopefully it will get some visibility!

Date:            Nov. 15, 2017
Page Number:     4
Message Number:  95
Message Contents:

I never usually post ih this forum but I will actively educate people on this known 458 issue as it scared me enough times to dump the car. Even after they replaced $12K worth of parts I still got rid of it.[/QUOTE]

Yes, same as my friend here in Sydney. Never drove it again after brake fail, especially after they said "nothing wrong with brakes". Now he has a Mac.

Date:            Nov. 18, 2017
Page Number:     4
Message Number:  97
Message Contents:

Ok guys, First and foremost I don't want anyone to get hurt so it's time to end this discussion once and for all.

I am posting a copy of the repairs performed.[2]

Luckily, the dealer was able to replicate the problem on a road test. When does that

---

[2] This is the same part number, Component Part Number 244010, that was initially recalled by Ferrari NA and that Plaintiff Mirti replaced in his Class Vehicle.

ever happen? Lucky me.

Issue: Brake booster faulty. They also replaced the master cylinder.



Date:                Nov. 18, 2017
Page Number:         4
Message Number:      98
Message Contents:

If you search the threads there are way too many people who have experienced this problem.

I personally almost died in my 458 because of this issue.

Is the 458 a widowmaker?

Date:                Jan. 8, 2018
Page Number:         5
Message Number:      115
Message Contents:

**Exhibit A - Page 104**

Another possible case of this in the UK on Jan.6th. A 458 Spider crashed in Bath, a national newspaper reports the 458 was approaching a roundabout, failed to slow and crashed through two solid bollards before going into a residents garden. The report has indicated the driver said the throttle stuck open, however this sounds like the situation I mentioned earlier in this thread which I, and other instructors working for the same company,have experienced when track instructing when the driver hits the brake and also the throttle at the same time, the revs do not shut down, the driver presses the brake harder which increases the throttle causing the vehicle to not slow to any significant effect.

---

Date:                    Apr. 6, 2019
Page Number:             6
Message Number:          126
Message Contents:

I had failure of the brakes ( or at least it felt that way ) on my way to work, on a road I had driven 1000 times. The car had been driven for 30 minutes, very gently and was travelling at 50 mph when the brake pedal went rock solid and there was no noticeable deceleration. The car rolled for 100 metres until it crashed.
I had a lot of external investigation done because Ferrari refused to accept that it could ever happen ( yet it did ) and obviously blamed driver error. ( I had driven for 30 years without an incident ) The conclusion was that the brake booster valve failed. It appears to happen more than anyone would like to admit.

---

Date:                    Apr. 6, 2019
Page Number:             6
Message Number:          130
Message Contents:

Something tragic happened when the booster failed on my 458. Ferrari came in force ( engineers and. Lawyers ) and did all they could to place the blame on me even though all the evidence pointed to a failure. They said it could never happen, and yet it did. With a disastrous ending.
I had failure of the brakes ( or at least it felt that way ) on my way to work, on a road I had driven 1000 times. The car had been driven for 30 minutes, very gently and was travelling at 50 mph when the brake pedal went rock solid and there was no noticeable deceleration. The car rolled for 100 metres until it crashed.
I had a lot of external investigation done because Ferrari refused to accept that it could ever happen ( yet it did ) and obviously blamed driver error. ( I had driven for 30 years without an incident ) The conclusion was that the brake booster valve failed. It appears to happen more than anyone would like to admit.

---

Date:                    Apr. 6, 2018

8

**Exhibit A - Page 105**

Page Number:          6
Message Number:      131
Message Contents:

Unfortunately.....Someone lost their life in my accident when the Booster failed on the road.
A life was lost and many lives were ruined by Ferrari and their 458.

---

Date:                Aug. 6, 2020
Page Number:          6
Message Number:      138
Message Contents:

My previous 458 spider seemed to have an issue with a lack of bite on the breaks and a number of times I felt I have been luck to stop but, eventually after really standing on them they did work just not very well, my new one seems to work as they should. I'm not sure if this is the same issue as I did have some breaks and this seems to be about non existent breaks. I hope this does not turn into a wide spread issue as it is catastrophic for all those involved and of course so unsafe

---

2.      On January 26, 2017, a FerrariChat user initiated a conversation titled "458 brake fade then hard pedal!", several of the relevant messages are included below:[3]

Date:                Jan. 16, 2017
Page Number:          1
Message Number:      1
Message Contents:

Hi, my brakes dont work very well normally (long time to brake generally, but also I experience brake fade prior to a sudden, complete failure (brake pedal hardens completely with full force).

Very scary. Anyone know what solutions??

Sent from my SM-G9350 using Tapatalk

---

Date:                Jan. 26, 2017
Page Number:          1

---

[3]   *See    458    brake    fade    then    hard    pedal!*    FERRARICHAT
https://www.ferrarichat.com/forum/threads/458-brake-fade-then-hard-pedal.543539/.

**Exhibit A - Page 106**

Message Number:      2
Message Contents:

Bad brake booster.

---

Date:                Feb. 17, 2017
Page Number:         1
Message Number:      11
Message Contents:

This happened to me on a 2011 nearly went through the intersection and I believe others on here have had serious accidents from this...

---

Date:                Feb. 28, 2017
Page Number:         1
Message Number:      17
Message Contents:

Reposting a PM from fellow Fchatter Entropy:

Happy to offer my opinions, doing any diagnosis via the internet is always questionable.

The Ferrari EBD brakes have a lot of different ways for things to "not work", though generally they work well, and most "issues" are due to poor pad/rotor bedding and (IMHO) how the brakes are used.

There are a couple issues we've seen and experienced

First, the booster itself can have issues and NOT throw a code. Essentially it's a pump and designed to multiply the brake pedal pressure - so it can be working, just not optimally, or have variability. When we have "pedal feel" or "pedal effort" or "soft pedal" issues in the race car (the same brake booster), changing out the booster is one of the first things we do (after doing a full bleed and check of course).

Less common, but it happens, is that you do have air in the system. You can do a simple bleed in the 458 (just like any car) but to do a full bleed you need to use the computer to cycle the ABS and brake valves; it's a bit more of an undertaking.

A common reason for "hard pedal, no brakes" is also that in some conditions, the ABS literally gets confused - for whatever reason. Slight grip disparities, slight wheel speed differentials, inconsistent brake system pressures. In those cases, the pedal will feel like a rock yet the actual braking pressure is low...so car won't stop. Most drivers instincts is to push the pedal harder; the actual solution is to get OFF

10

**Exhibit A - Page 107**

the brake, let pressure go to zero, then get back on it. You don't need to come fully off, more like flex/relax your ankle. I've had this happen maybe once in 20,000 race track miles and 30,000 road miles, but it can happen. If it happens more often, you likely have an issue in the ABS ECU or one of the many sensors - but again, it's not too common. Another common error is people "think" they have full pressure on the brakes, but really don't. I don't know how you use the brakes.. yet another "cause" is that the system is actually working, but the braking conditions are not optimal (again, surface grip, rotor temperature, et al)

As for the seized valve, not sure which you are referring to. if the bleed nipple, can't see thta having much of an impact. IF the valve that modulates brake fluid pressure in the caliper was seized, then absolutely, that will have a big effect on braking performance! Essentially the fluid isn't moving and the car is getting mixed signals - hence the "confused" comment earlier.

To be sure, do the old school test....warm up the car, find a road with plenty of distance and runoff and no traffic, and go do some brake tests. As in, seriously maul the brakes, get them into ABS....you should feel the pedal vibrate, the car squirm and likely the tires squealing. Obviously, be going in a straight line on a good surface.....get heat into the brakes first, etc. You should be able to get the car into ABS pretty easily and you're not going to hurt it.....as a reference, when I'm doing full braking I typically exceed 1300psi of pedal pressure. Have not broken it yet.

---

Date:                          Apr. 5, 2019
Page Number:            1
Message Number:      21
Message Contents:

I had the pedal go completely hard on my 458 and i lost what appeared at the time, all, or most of my braking . Hard pedals normally mean brake booster valve failure and it seems to happen a lot on the 458.
This happened to a man in Hong Kong on his commute to work and someone lost their life. Ferrari came to court and stated apparently, that this failure could never happen and yet it seems to happen very often.
The booster provides about 6 times force multiplier on the pedal force, so when you press the brakes and they go hard, to get the same stopping force at the calipers, you need to press 6 times harder. A 458 makes a minimum distance stop ( before the ABS kicks in ) on dry tarmac with only 25kg of force on the pedal. So, if your normal pressure would be 10kg to stop the car and the booster fails on the road, you would need 60
Kg to get the same effect. That is 2.5 times more pressure than you would need to get the car to stop in the shortest distance should everything be working . When you don't have time to think, that does not happen. Normal drivers do not react like that, they tend to gradually press harder and harder until the accident happens.

---

Date:                        Apr. 6, 2019
Page Number:            1
Message Number:      22
Message Contents:

The same exact thing happened to me on my commute to work. Rock solid pedal,
no or no noticeable stopping power. Mine ended in a terrible accident. Ferrari
claims it cannot happen. Impossible . They did everything they could to blame
driver error and yet I had driven for 30 years with no incidents. Obviously, no one
believed me even though all the physical evidence ( 110 metres of CCTV footage
showing the brake lights on ), (yaw marks showing no deceleration patterns in the
tread blocks even when the car was heading into a wall) showed the car failed.
This happens too often on the 458 and yet nothing seems to get done. Either owners
are not speaking up enough, or Ferrari is keeping a lid on the problem.
More people are going to get hurt.

3.       On July 23, 2017, a FerrariChat user initiated a conversation titled "458 brake

failure", several of the relevant messages are included below:[4]

Date:                        July 23, 2017
Page Number:            1
Message Number:      1
Message Contents:

Hi All!
Have anyone have information on the 458 brake failure? I have this happen to me
twice. I was driving on a mountain road, about 1 hr into spirited driving the brake
just failed. I stepped on the brake and nothing happen. I had to use engine braking
and stepped really hard in the brake to slow it down. I lost all the confidence in the
car after that. Any one know what the issue is and how to fix it? I drove slowly for
10 minutes then the brake came back normal. Thanks!

Date:                        July 24, 2017
Page Number:            1
Message Number:      9
Message Contents:

To me this sounds like the brake booster or master cylinder problem.

---

[4] *See 458 brake failure* FERRARICHAT https://www.ferrarichat.com/forum/threads/458-brake-
failure.556982/.

This is a fixable problem. IMO, if this happened to me twice I'd be towing it ASAP to the repair shop.

---

Date:              July 26, 2017
Page Number:       1
Message Number:    11
Message Contents:

My friend had same thing going into an intersection in black 458. Narrowly avoided a massive accident by swerving all over the intersection. Brake pedal was rock hard then later brakes worked fine again? Ferrari said nothing wrong with the brakes. He did not accept their verdict. His life (and others) were nearly ended that day so he refused to drive it ever again. Sold car back to F and bought a McLaren.
There are several reports of 458's with brake problems, including now that 488 in Portugal.
Never heard of any such problems with 360 or 430, only 458??
Am in the market for a 458 but this issue is of real concern to me.
If you have any more news on the outcome of your brake problem please let us know.

---

Date:              July 27, 2017
Page Number:       1
Message Number:    19
Message Contents:

That doesn't inspire much confidence in buying a 458 if you can't stop the thing! Enough of these issues may have an impact on prices.....

I seem to recall another thread on here recently where someone was looking for Information on 458 break failure. Maybe worth a search for that.

Regards

Michael

Sent from my SM-G935F using Tapatalk

---

Date:              Apr. 5, 2019
Page Number:       2
Message Number:    27
Message Contents:
Yes I had the same thing happen to me on a 458. The brake pedal went solid when I pressed it and ever increasing amounts of pressure would barely slow the car.

Ferrari refused to admit there was anything wrong, so I hired an external engineer who worked at the highest level of the car industry.
Hi hired a 458 and replicated Brake Booster valve failure and got exactly the same results as me .
Ferrari claim the brake booster can't fail on the 458 but it seems to fail too often for comfort . I know for certain people have lost their lives as a result of this failure .
With the booster , which multiplies your pedal force by at least 6 times at the callipers, you would need to press at least 6 times harder than you expect to get the normal braking force. On the road, when you are taken by surprise by the failure , you just can't do that . Trust me . I know .

---

Date:                 Apr. 6, 2019
Page Number:          2
Message Number:       30
Message Contents:

I had failure of the brakes ( or at least it felt that way ) on my way to work, on a road I had driven 1000 times. The car had been driven for 30 minutes, very gently and was travelling at 50 mph when the brake pedal went rock solid and there was no noticeable deceleration. The car rolled for 100 metres until it crashed.
I had a lot of external investigation done because Ferrari refused to accept that it could ever happen ( yet it did ) and obviously blamed driver error. ( I had driven for 30 years without an incident ) The conclusion was that the brake booster valve failed. It appears to happen more than anyone would like to admit.

---

Date:                 Apr. 11, 2019
Page Number:          2
Message Number:       35
Message Contents:

Also subscribed.

Looking at getting a 458 in a year, but this finding is concerning. If this is a real defect, its the worst type you can have because it seems to be unpredictable and the manufacturer is reluctant to investigate it seriously. Consider how many incidents and complaints there are and how many client-miles driven out there for this vehicle. If this happened in a Ford pickup, it would be far more visible. Seems like a brake booster wouldnt be the most painful recall for manufacturer (beats swapping the entire frame on my old truck!)

Sent from my SM-N920V using [FerrariChat.com mobile app](FerrariChat.com mobile app)

---

14
**Exhibit A - Page 111**

Date:                    May 4, 2019
Page Number:             2
Message Number:          42
Message Contents:

Yep...When my Spider crashed and Ferrari were brought in ( there was a Court case ), they claimed it was impossible for this to fail.....Yet it did, and it does for many others too.

---

Date:                    May 4, 2019
Page Number:             2
Message Number:          45
Message Contents:

Booster failure seems a very likely cause given how some 488 brake failures have been described (hard pedal and virtually no braking power)...

---

Date:                    May 4, 2019
Page Number:             2
Message Number:          48
Message Contents:

I had my brake booster fail on my 458 challenge couple of weeks ago. I was still able to get almost all the braking on it, but it took a much larger effort on the pedal. Like pushing down as hard as you possibly can. According to the data, I still had almost the same g load in deceleration as I have with the booster.We replaced both the booster and master cylinder (about $500 in parts and took us a couple of hours to do, not hard at all) and they are back to normal.

As it is a challenge car, its some what faster to replace, as we don't have a lot of cosmetic panels to deal with and the seat comes out easily for good access to the brake pedal linkage. A street car will be the same principal, but probably a few more tasks to complete.

I was told that root cause on failing boosters is a small leak in the master cylinder that allows some brake fluid to get on the booster diaphragm, which eats away at the rubber and causes a vacuum leak.

Not sure if this has any bearing on the OP's situation, but its a data point for consideration.

4.      On May 28, 2018, a FerrariChat user initiated a conversation titled "Need advice on 458 braking issue, or lack there off…", several of the relevant messages are included below:[5]

Date:                     May 28, 2018
Page Number:              1
Message Number:           1
Message Contents:

Hey all
;
2013 458, 5k miles on it.

Last year I had an issue with loss of brake pedal while doing parade laps at Daytona. Brought it into the dealer back home last fall and they said they reset a bunch of computer codes. Put it away for the winter and forgot about it.

Just brought the car out for the summer and was doing some "spirited" driving, when I came up on some slower traffic and needed to brake a bit more than typical slow down in a standard daily driver.

Pushed hard on brakes, and the car did not slow down well…. In fact slowed down less than my daily driver.

Also, when I first put the key in the ignition and am pressing the brake pedal a bit, it sinks noticeably. Pump it up and it seems ok (although overall the pedal seems soft..)

So I am thinking its something on the power assist? Any thoughts?

Carbon rotors, stock pads

Thanks!

_____

Date:                     May 29, 2018
Page Number:              1
Message Number:           6
Message Contents:

IMO there are some issues with 458 and 488 brakes that are not being reported and/or aren't consistent. My 488 brakes failed me and I punted the car, every time

_____

[5]  *See Need advice on 458 braking issue, or lack there of….* FERRARICHAT https://www.ferrarichat.com/forum/threads/need-advice-on-458-braking-issue-or-lack-there-of.576984/.

I tell the story someone send me a message or email or something with a similar story and my guess is they don't want it public since their car would be harder to sell.

---

Date:                    May 4, 2019
Page Number:             1
Message Number:          9
Message Contents:

Did you ever solve this problem? I lost my brakes on my Spider. Pedal went rock solid. Car would not slow. Crash occurred with awful result. Brake booster failure. Seems to happen a lot.

---

Date:                    Aug. 22, 2020
Page Number:             1
Message Number:          11
Message Contents:

Same thing happened to me in my 458 Spider ... this was the result https://www.bathchronicle.co.uk/news/bath-news/ferrari-worth-200000-crashes-garden-1021566

Ferrari deny and deny it ... BUT they know the truth , I actually think myself lucky some poor guy I spoke to had the same problem but killed someone in Hong Kong .. he served 2 years in prison for it .. yet he is adamant the brakes failed and he could not stop the car .. I 100% believe him after it happened to me.

5.      On Sep. 7, 2021, a FerrariChat user initiated a conversation titled "488 Brake

Failure", several of the relevant messages are included below:[6]

Date:                    Sep. 7, 2021
Page Number:             1
Message Number:          1
Message Contents:

Was driving my 2018 488 Spider this morning and the Low Brake Fluid warning popped up. Within a mile or two, the brakes failed completely, as in all the way to the floor and car would not stop. I managed to get it into a safe parking lot without hitting anything/anybody. Ferrari is picking it up this afternoon but has anyone else

---

[6] *See 488 Brake Failure* FERRARICHAT https://www.ferrarichat.com/forum/threads/488-brake-failure.647711/.

experienced this? I would be surprised if it was actually a brake fluid issue as car had its annual in April and I have not seen any signs of leaking fluid.

---

Date:                        Sep. 7, 2021
Page Number:          1
Message Number:     2
Message Contents:

It sounds exactly like a brake fluid issue. I've had it happen once in a different car, master cylinder failed, brake fluid leaked out and no brake pressure. Certainly an unnerving experience! Try to shake it off.

---

Date:                        Sep. 7, 2021
Page Number:          1
Message Number:     4
Message Contents:

On my 458 I had the master cylinder seal leak into the brake booster causing intermittent braking problems. No issues once I replaced both. In your case, the seal on the brake cylinder could be completely disintegrated, or a bleeder screw may have come loose.

Keep us posted on the culprit please.

---

Date:                        Sep. 8, 2021
Page Number:          1
Message Number:     8
Message Contents:

Well, definitely low brake fluid. Checked the reservoir while waiting for Ferrari roadside assistance to show up and it was empty. Not sure where it went as I still couldn't find any indication of leaking fluid. Should hear something from Ferrari this week.

---

Date:                        Sep. 15, 2021
Page Number:          1
Message Number:     12
Message Contents:

Well, Ferrari reports that the failure was the Master Cylinder leaking into the vacuum side. I hope this means there was no spillage external to the system. They also said they do not return failed parts that are under warranty as Ferrari usually

wants them for analysis. What I need to find out tomorrow is why there was no emergency bake available. The only way to stop the car was to roll to a stop or to turn the car off so the Park brake engaged. The Hold function would not activate as it requires you to step on the brake (which I did) but apparently the car does not sense the pedal being depressed when there is no pressure in the system.

---

Date:                  Sep. 16, 2021
Page Number:           1
Message Number:        13
Message Contents:

So it's the same issue that caused my brake failure, but more severe, since you had no brakes at all. In my case a small amount of fluid leaked inside the booster which made it unable to create vacuum but my pedal was still firm and I could still slow the car somewhat.

The master cylinder and brake booster are both made by Bosch.

6.      On Oct. 30 2021, a FerrariChat user initiated a conversation titled "458/488 Brake Recall", several of the relevant messages are included below:[7]

---

Date:                  Oct. 30, 2021
Page Number:           1
Message Number:        2
Message Contents:

Wow - I'm sure owners that experienced brake failure, and whose concerns fell on deaf ears, now at least feel partially vindicated.

---

Date:                  Oct. 30, 2021
Page Number:           1
Message Number:        8
Message Contents:

I think they are related. The 458 and 488 use the exact same brake cylinder/booster. Most of the 458 "hard pedal" failures were a small leak into the booster resulting in a hard pedal but severely limited braking power. The recent 488 failures (of which mine was one) were a catastrophic loss of fluid into the booster (i.e, Low Bake Fluid warning light comes on) and a complete and total loss of braking ability. Roll to a stop or hit something are your only options. By the way, the Hold function

---

[7] *See 458/488 Brake Recall* FERRARICHAT https://www.ferrarichat.com/forum/threads/458-488-brake-recall.650215/.

does not work under this circumstance as it posts a Depress Brake Pedal warning light but for some reason the car does not sense the brake pedal depressed even though you have it jammed to the floor. Turning the car off will engage the parking brake but I'm not sure how good that is to do while the car is still moving.

---

Date:                    Oct. 30, 2021
Page Number:             1
Message Number:          12
Message Contents:

A Ferrari owner in Hong Kong a few years ago in a 458 had this identical catastrophic brake failure and couldn't stop the car, eventually running into a pedestrian and killing them. I saw an article that as of about a year ago he was criminally charged and during his trial, Ferrari representatives testified "there is nothing wrong with the brake systems on the car." Hopefully this factual proof results in his vindication in Hong Kong.

Anyone have any updates on his case? I hope his attorneys are aware of this recall.

Sent from my iPhone using Tapatalk

---

Date:                    Nov. 1, 2021
Page Number:             2
Message Number:          42
Message Contents:

Just … no. Think for a minute about how massive a problem, not to mention the liability, this must actually be for Ferrari to do a recall. What percentage of owners actually post on FChat? I'm guessing less than 5% worldwide. Maybe higher for the US. Maybe. So for every issue or potential issue that you've seen here, there are likely dozens more you don't know about.

Drive the car two hours to the dealer??? Insane. What makes you think you can actually just pull over and park it? You are really going to put your life, and everyone else on the road, in the hands of the electronic wizards at Ferrari who designed the warning system? That's a stretch. Let them come fetch it or at least reimburse for a tow.

And yes I realize there have been millions of miles on these cars with likely few relative incidents but why risk it?

Sent from my iPad using Tapatalk

---

Date:              Nov. 2, 2021
Page Number:       3
Message Number:    60
Message Contents:

Agreed, if the booster fails you have a very hard pedal and stopping distance dramatically increases, by at least 20 times original(as compared with brake boost).

Sounds like, at a minimum, dealers would need to take the brake assembly out of the car and inspect and if a leak is found, replace the master cylinder and booster.

Seems to me if the piston seals fail in the master it would cause the leak and probably also introduce air bubbles into the brake fluid which further reduce brake pressure. Sounds like Bosch needs to issue new brake assemblies for all with a better design. Ferrari probably knew something about this years ago as the 488Pista uses the brake system of the 812SF...

Also, wasn't one of the big news items on the 458Speciale is that is uses the same brakes as the LaFerrari? But, the LaF is not on the list? Maybe the 458Speciale is only using the rotors/calipers of the LaF.
reference:



Date:              Nov. 5, 2021
Page Number:       5
Message Number:    103
Message Contents:

Some have had a small leak of fluid into the booster resulting in a hard pedal and reduced stopping power. Others have had a large dump of fluid into the booster (enough to trigger the Low Brake Fluid warning) and complete loss of brakes. How/why the fluid leaks into the booster is beyond by automotive knowledge.

---

Date:              Nov. 12, 2021
Page Number:       6
Message Number:    147
Message Contents:

I posted after I purchased my car about 2 yrs ago.

Was following my friend , also in a 458, turned into a strip mall for coffee.
He turned in , I hit my brakes and it was a brick. went thru intersection and my wife asked me what I was doing.
Car would not stop...as if manual brakes.
When I posted everyone said I was crazy or was hitting brakes and gas pedal or some other dumb explanation.
I own a Porsche Turbo S and a Lambo Huracan....I know what brakes are supposed to do.
Have also raced cars and etc.

I stopped driving the car and it now sits in my shop with 877 miles on it. 2014 458 When my incident occurred the car had been driven for about 20 mins and was only going 40 mph.

Car is defective...period.
what's next if I drive it ....no brakes!!!
Mike

---

Date:              Nov. 12, 2021
Page Number:       7
Message Number:    152
Message Contents:

Never knew about crappy brakes or I would not have purchased. After purchase I had car completely wrapped with Expel,
then ceramic coated . also had wheels and calipers coated.

22
**Exhibit A - Page 119**

I think it's probably the nicest looking car I own ...but dont trust it

---

Date:                Nov. 12, 2021
Page Number:         7
Message Number:      157
Message Contents:

Agreed. I think there is more than one failure mode. One is the fluid causing a diaphragm leak. I don't see how that comes back, unless in some situations the leak is small, so if the car is driven enough to allow the vacuum to accumulate fast enough to fill the booster, you have brakes again.
The other could be a check valve that fails to close. That could be intermittent if it sometimes closes and sometimes doesn't.
I've never had a problem but this does concern me a bit.

Sent from my iPad using FerrariChat

---

Date:                Nov. 29, 2021
Page Number:         9
Message Number:      216
Message Contents:

^^^
With all respect, this is not a new thing, it goes back to 2010...someone HAS been sitting on this...for years. You're naive if you think Ferrari is going to come out and say to nearly 10,000 owners: "Park your car till we figure out what's going on".
Luckily, the vast majority of Ferraris are not driven very much, so I think Ferrari is rolling the dice on the danger verses the bad publicity from dry docking 10,000 VERY expensive cars.

---

Date:                Dec. 28, 2021
Page Number:         12
Message Number:      283
Message Contents:

The prevalent speculation in this thread was that this recall was to fix the issue of brake fluid leaking from the master cylinder piston seals toward the booster, causing the brake pedal to go hard, but not properly slowing the car . If the remedy for this recall is to replace the brake fluid reservoir cap and modify the software for the brake fluid warning, then this recall has nothing to do with that problem. If that is a significant issue, Ferrari is not admitting it nor fixing it at this time.

I do not see how a slightly leaky reservoir cap could "lead to a total loss of braking capability" as mentioned in the official recall letter. Even cornering and braking at 1G+ many times would probably only about half empty the reservoir and it would do it slowly. i would think that the low brake fluid warning would come on long before any loss of braking capability. Maybe the problem that they are fixing here is that the low brake fluid warning actually does not work at all and if there is a fluid leak (cap or elsewhere) the driver will not know until the brakes fail.

---

Date:                    Mar. 10, 2022
Page Number:             16
Message Number:          394
Message Contents:

Photos as requested:



**Exhibit A - Page 121**

Date:                    Mar. 18, 2022
Page Number:             18
Message Number:          442
Message Contents:

I share the skeptical concerns of others. Ferrari could not have chosen a cheaper braking component to blame.

But let's say it is the cap. How is "pressure" going to be released without fluid also being released. Coolant and PS caps have overflow tubes. Where is that brake fluid going to go?

Date:                    Mar. 22, 2022
Page Number:             19
Message Number:          462
Message Contents:

I just read on Ferraista.club that the operation of the software update would also include erasing any stored errors related to this problem as well as updating the software to take account of the change made. Does this sound like Ferrari is possibly destroying evidence that could be used in a court of law against Ferrari to protect Ferrari from liability from those who would be involved any class action lawsuit or is this just a coincidence?

Date:                    Mar. 28, 2022
Page Number:             21
Message Number:          503
Message Contents:

There's at least a dozen or more cars that have either had a small leak into the brake booster resulting in a hard pedal or a catastrophic leak into the brake booster resulting in no brakes. I now know how to use the E-brake properly but I suspect it will be somewhat difficult to find and hold the little lever with your finger as you're trying to not smash into the car in front of you.

Date:                    Mar. 31, 2022
Page Number:             23
Message Number:          562
Message Contents:

I don't understand how the new cap adds value. It certainly doesn't correct a failing brake system in need of repair which it's not really supposed to. But so what if it has a collapsible rubber portion. There's air above the rubber and below it under the cap and its the air that's compressing which is the same condition as the old cap. Maybe it vents at a different pressure. Tending to agree with others that its the re-flash for the indicator and likely data collection for the service tech and database.

Date:                    Apr. 4, 2023
Page Number:             29
Message Number:          721
Message Contents:

Very well said. Ferrari Needs to update this
Damn parts made by Bosch.

My car is in service due to this problem.

Thank god it happened on a highway gas station, not in city traffic.

This problem is like a ticking Time Bomb.
THIS CAN HAPPEN TO YOU!!
it happened to me.

My car even had the Recall performed when it was under the previous owner in 2022 and it still happened again.

First the the stupid resorvior cap with diaphragm and the software update.
It looks like the warning system clearly works.

Im located in Asia and the dealer, this time will replace the entire system.( resoriour, master cylinder and booster)

And yet no parts update/ no revisions are made. Getting replaced with the same parts number.



26
**Exhibit A - Page 123**